Lewis K. Eastman, appellee, v. M. F. Walsh et al., appellants. Gen. No. 36,811.

Opinion filed February 5, 1934.

Otto Kerner, Attorney General, for appellants; Earl B. Dickerson, Assistant Attorney General, of counsel. Stuart B. Krohn, for appellee.

Mr. Presiding Justice Matchett delivered the opinion of the court.